[No. 7384-1-I. Division One. December 1, 1980.]

THE CITY OF BELLEVUE, *Respondent,* v. HELEN MARIE WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86494, David W. Soukup, J., entered January 18, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and Swanson, J.

[No. 7809-7-I. Division One. December 1, 1980.]

MARY D. REHBERG, ET AL, *Appellants,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 143062, John E. Rutter, Jr., J., entered June 22, 1979. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and Durham, J.